UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGEL ROBERSON, | CASE NO. C26-5143-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| SEIU HEALTHCARE 1199NW, | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

This case was recently transferred to this Court. The Court VACATES the early case deadlines previously imposed (Dkt. No. 3) and will re-set them after Defendant appears, consistent with this Court's practice.

Dated this 2nd day of March 2026.

Joshua C. Lewis
Clerk

/s/ Alejandro Pasaye Hernandez
Deputy Clerk

MINUTE ORDER - 1